UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MICHAEL BRAD ORSO

v.                                          Case No. 3:26-cv-4177-TKW-ZCB

SECRETARY, FLORIDA DEPARTMENT
OF CORRECTIONS

## REFERRAL AND ORDER

Referred to Magistrate Judge Bolitho on:  June 22, 2026
Type of motion/pleading:  Motion for Extension of Time
Filed by:  Petitioner           on 6/18/26           Doc.  7

                          JESSICA LYUBLANOVITS,
                          CLERK OF COURT
                          */s/ Sylvia D. Williams*
                          Deputy Clerk:  Sylvia D. Williams

---

## ORDER

Upon consideration of the motion for extension of time, it is **ORDERED** this 22nd day of June 2026, that:

The motion (Doc. 7) is **GRANTED** because Petitioner has shown good cause for extending the deadline to file an amended habeas petition.  The deadline to file an amended habeas petition is extended to **July 31, 2026**.

/s/ *Zachary C. Bolitho*
Zachary C. Bolitho
United States Magistrate Judge

1